IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

__TIMOTHY BERNARD EDWARD__  )
Full name and prison number  )
of plaintiff(s)              )
                             )
v.                           )   CIVIL ACTION NO. 2:06CV298-MHT
                             )   (To be supplied by Clerk of
__ANTHONY CLARK__            )   U.S. District Court)
                             )
__BRETT HOLMES__             )
_____         )
                             )
_____         )
                             )
_____         )
Name of person(s) who violated  )
your constitutional rights.     )
(List the names of all the      )
persons.)                       )

RECEIVED
2006 APR -4  A 9:25

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Covington County Jail 290 Hillcrest Dr Andalusia AL 36420

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  Lunsford Trailer (Lot 23) Park Opp Alabama in Covington County Residence (Ramona, Denise, Womack)

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                           ADDRESS

SHERIFF 1. Anthony Clark - 260 Hillcrest Dr Andalusia AL 36420

TASK FORCE 2. Brett Holmes - 260 Hillcrest Dr Andalusia AL 36420

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  3-22-2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Agent Brett Holmes willfully, intentionally malicious arrest and detention without probable cause and caused the plaintiff to be put in false imprisonment and physical brutality before he was put Immprisonment and sadistically for very purpose of causing harm, evidence of deliberate indifference, because denied medical care. The defendant Anthony Clark denied plaintiff medical care after he was put inprisonment, both defendants is the blame.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON OR ABOUT 3-22-2006 Agent Brett Acted Under Color of State Law willfully Intentionally obtains A Warrant And Affidavit, Which Agent Should Have Known that Facts Recited in Affidavit did Not Constitute Probable Cause Because (Plaintiff) Was At Some One Else Residence He did Not

GROUND TWO: Have Knowledge of drugs being inside The Residence Plaintiff did Not Possession Any drugs, He was Malicious

SUPPORTING FACTS: Arrested by The Agent Brett Holmes Without Probable Cause is based Solely on Information Agent Knows to be False or Would Know to be False if He did Not Recklessly disregard truth, Not only does Arrest Violated Fourth Amendment, Agent Brett Holmes is Not Entitled to good Faith immunity. The defendants Charge Plaintiff For Trafficking

GROUND THREE: A Controlled Substance, Possession of Marijuana I And Possession of Drug Paraphernalia His Bond Amount Two.7

SUPPORTING FACTS: Million Dollars. Plaintiff were Serious Injury by Unknow Agents Where Unnecessary, Unreasonable And Violent Force by beating And Kicking After being Handcuff, Plaintiff Never Resised Arrest, Plaintiff was crying "Help" in The Presence of defendant, And defendant did Nothing to Stop the beating, within the Scope, Acted in "Bad Faith" Agent Brett As Defendant is Liable Under 42 USCS 1983 Who is Under Color Of State Law, Acted Intent To deprivation Plaintiff Rights, Privileges And Immunities Secured by Federal Constitution And by gross And Culpable Negligence by Physical injury, And Plaintiff is Held Unlawfully And Denial Medical Care of The injury of The Agent Caused inflicted Intentionally, Plaintiff Needs To go To A Hospital For Medical Treatments Plaintiff Has Been incarceration Ten days He Still Suffering Pain, His Wife Has Taken Pictures To Prove His Injurys. Plaintiff Suffering to Cruel And Unusual Punishments To be Held Against His Will without Medical Treatments He in So Much Pains He Needs Help.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff Demands to be sent to A Hospital, And $2500.00 A day And still Counting From 3-22-2006 For denied Medical Care And Pains And Suffering. For Compensatory Punitive damages of the Sum of Two.7 Million Dollars, And There Jobs And Release From Unlawfully Incarceration.

_Timothy B. Edwards_
Signature of plaintiff(s).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4-3-06
(Date)

_Timothy B. Edwards_
Signature of plaintiff(s)

4