Case 2:06-cv-00298-MHT-SRW Document 33 Filed 04/13 Page 1 of 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony Clark,
Sheriff
Covington Co. Jail
290 Hillcrest Dr.
Andalusia, AL
36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Debbie Cook_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Debbie Cook   4-13-2

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

06cv 298
Chpt Po.

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7004 2510 0001 0150 3425

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540