RECEIVED 4-25-06
2006 MAY -2 P 4:00 p.m

Dear Clerk:

Debra P. Hackett, on the day 4-25-06 I received a order from you stating that you received some mail returned to you stating "Return to sender, addressee unknown" because Plaintiff was no longer at the address he had provided to the court. Please Inform the courts that I am still incarcerated at the Covington County Jail located in Andalusia, Ah. And the reason I didn't reply to the courts as I such was; this people are sending my mail back like I am gone. I have been here since Mar. 22 2006 and never have left since. So I enclosed some money receipt, and store receipts with current dates to prove to the courts I am still present at the same address: 290 Hillcrest Dr. Andalusia, Ah. Thank the court for the opportunity to prove my case shouldn't be dismissed, because I trully am trying to proceed in the order of the courts. The defendant was trying to make me miss my deadline so my case will be dismissed because they know I got pictures of my beaten, and they still failed to take me to get any medical attention, I am currently still in alot of pain, my back is trully messed up, every step I make my back pops like something is out of place.

Also enclosed is the my "Motion to Amend" that I also received today 4-25-06, And I ask for the courts appology for not following courts proceedures but the reason why I never sent it to the defendant attorney was I never got the order from the courts that they had a attorney yet, I'm guessing that's what the jail sent back to you, And the legal mail I have received be already opened and be taped together. So I beg for the courts to not dismiss my case and get me some medical attention.

Thanks so much for your time, my GOD bless you. Please inform the court of this matter....

Timoty B. Edwards

Dear Clerk: One more thing my bond is still 2.27 million thats why my address having changed. If still possible I still want my Amendment filed. Thanks again...