```
                SWANSON SERVICES CORPORATION
                  BIRMINGHAM SERVICE CENTER
                    COVINGTON COUNTY, AL
filled by   132                    delivered by
        ** Must show ID to receive Order**
Name        EDWARDS, TIMOTHY BERNARD
Account # 421154987
Order Slip # 58   - 79JR0229         Receipt # A54417
Location                             Date 04/12/2006
Bal After Order $0.88
Item   Qty       Description              Cost Short

2018    2     MUSKETEERS BAR              1.50
2019    2     TWIX                        1.50
2006    2     MILKY WAY                   1.50
2011    3     KIT KAT BIGKAT              2.25
4306    3     SF COCOA MIX                1.59
2005    3     SNICKERS WITH ALMONDS       2.25
2312    2     SKITTLES                    1.56
2129    3     CHEESE BITES                2.64
5717    5     NOODLES SHRIMP              2.90
5402    5     HONEY BUN                   4.40
5343    2     VANILLA CREME COOKIES       1.76
5316    2     PEANUT BUTTER COOKIE        1.70
5719    5     NOODLES CHILI               2.90
5714    5     NOODLES CHICKEN             2.90
5037    2     PLAIN CHIPS LSS             1.70
5044    3     FRITOS LSS                  2.55
5002    1     BBQ CHIPS LSS               0.85
5045   10     CHEETOS LSS                 8.50
5039    5     DORITOS LSS                 4.25
5087    3     MUNCHIES MIX                2.40

                ** Continued **


                  ** Page 2 **
Name        EDWARDS, TIMOTHY BERNARD
Account # 421154987
Item   Qty       Description              Cost Short

                              Total     $51.60

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed X _____
```

```
                    SWANSON SERVICES CORPORATION
                    BIRMINGHAM SERVICE CENTER
                    for COVINGTON COUNTY, AL
filled by  136
                                              delivered by
              ** Must show ID to receive Order**
Name        EDWARDS, TIMOTHY BERNARD
Account # 421154987
Order Slip # 61    - 79JR0230            Receipt # A54842
Location                                 Date 04/19/2006
Bal After Order $30.61
Item  Qty      Description                      Cost    Short
------------------------------------------------------------
1408   1       SUAVE DEOD                       4.23
2018   3       MUSKETEERS BAR                   2.25
2019   2       TWIX                             1.50
2006   3       MILKY WAY                        2.25
2204   1       JOLLY RANCHER KISS               1.18
2011   2       KIT KAT BIGKAT                   1.50
5431   2       BROWN SUGAR POPTARTS             2.12
4306   10      SF COCOA MIX                     5.30
2312   2       SKITTLES                         1.56
1514   1       TOOTHBRUSH                       0.98
1927   1       CHAPSTICK                        1.69
5605   5       CHEESE SQUEEZER                  4.70
4104   2       SUGAR SUB. 10                    2.72
1805   1       BLUE MAGIC                       2.58
5717   5       NOODLES SHRIMP                   2.90
1505   1       TOOTHPASTE                       1.50
5432   2       FRSTD STRAWBERRY POPTART         2.12
5401   1       CINNAMON ROLL                    0.88
5402   5       HONEY BUN                        4.40
5343   2       VANILLA CREME COOKIES            1.76

                    ** Continued **


                        ** Page 2 **
Name        EDWARDS, TIMOTHY BERNARD
Account # 421154987
Item  Qty      Description                      Cost    Short
------------------------------------------------------------
5316   4       PEANUT BUTTER COOKIE             3.40
5716   5       NOODLES PIC. CHICKEN             2.90
5719   5       NOODLES  CHILI                   2.90
5714   5       NOODLES  CHICKEN                 2.90
5044   2       FRITOS LSS                       1.70
5045   4       CHEETOS LSS   -1                 3.40   -1
5039   3       DORITOS LSS                      2.55
5087   3       MUNCHIES MIX                     2.40

                                      Total   $70.27

I have checked and received this order with any
and all credits/shortages as indicated herein.
Signed
```

SWANSON SERVICES CORPORATION
BIRMINGHAM SERVICE CENTER
COVINGTON COUNTY, AL

filled by 13   delivered by _____
** Must show ID to receive Order **
Name        EDWARDS, TIMOTHY BERNARD
Account # 421154987
Order Slip # 46   - 79JR0227         Receipt # A53614
Location                              Date 03/29/2006
Bal After Order $83.15    83.15
                         50.00
                        133.15
                        118.15
                         15.00

| Item | Qty | Description | Cost | Short |
|---|---|---|---|---|
| 2018 | 3 | MUSKETEERS BAR | 2.25 | |
| 2019 | 3 | TWIX | 2.25 | |
| 2006 | 3 | MILKY WAY | 2.25 | |
| 2204 | 1 | JOLLY RANCHER KISS | 1.18 | |
| 2011 | 3 | KIT KAT BIGKAT | 2.25 | |
| 2008 | 3 | SNICKERS | 2.25 | |
| 5602 | 2 | MEAT STICKS | 1.52 | |
| 2021 | 1 | REESES PNUT B UTTER CUP | 0.75 | |
| 5431 | 2 | BROWN SUGAR POPTARTS | 2.12 | |
| 4303 | 1 | ORANGE DRINK SF 10 PAK | 2.99 | |
| 4306 | 5 | SF COCOA MIX | 2.65 | |
| 2312 | 3 | SKITTLES | 2.34 | |
| 4301 | 1 | FRUIT PUNCH SF 10 PAK | 2.99 | |
| 5313 | 1 | CHOC CHIP COOKIE | 0.70 | |
| 5406 | 2 | NUTTY CRUNCH | 1.48 | |
| 4104 | 2 | SUGAR SUB. 10 | 2.72 | |
| 5717 | 5 | NOODLES SHRIMP | 2.90 | |
| 4004 | 1 | COFFEE 4 OZ | 4.95 | |
| 5432 | 5 | FRSTD STRAWBERRY POPTART | 5.30 | |
| 5401 | 1 | CINNAMON ROLL | 0.88 | |

** Continued **

** Page 2 **
Name        EDWARDS, TIMOTHY BERNARD
Account # 421154987

| Item | Qty | Description | Cost | Short |
|---|---|---|---|---|
| 5402 | 6 | HONEY BUN | 5.28 | |
| 5341 | 1 | LEMON CREME COOKIES | 0.88 | |
| 5343 | 4 | VANILLA CREME COOKIES | 3.52 | |
| 5316 | 4 | PEANUT BUTTER COOKIE | 3.40 | |
| 5716 | 5 | NOODLES PIC. CHICKEN | 2.90 | |
| 5719 | 5 | NOODLES CHILI | 2.90 | |
| 5714 | 5 | NOODLES CHICKEN | 2.90 | |
| 5720 | 5 | NOODLES BEEF | 2.90 | |
| 5408 | 4 | FRIED APPLE PIE | 3.52 | |
| 5037 | 2 | PLAIN CHIPS LSS | 1.70 | |
| 5044 | 3 | FRITOS LSS | 2.55 | |
| 5045 | 6 | CHEETOS LSS | 5.10 | |
| 5039 | 5 | DORITOS LSS | 4.25 | |
| 5087 | 4 | MUNCHIES MIX | 3.20 | |

                                Total  $91.72

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed _____