IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TIMOTHY BERNARD EDWARD,
  PLAINTIFF,

V.                                    2:06-CV-298-MHT

ANTHONY CLARK,
  DEFENDANT.

## Motion To Amend

COMES NOW THE PLAINTIFF TIMOTHY BERNARD EDWARD, PRO SE, MOVES THE HONORABLE COURT TO TAKE IMMEDIATE ACTION TO THIS AMEND, AND AS THEREFORE STATES THE FOLLOWING GROUNDS:

1. ON OR ABOUT MAR 22, 2006, THE PLAINTIFF WERE UNLAWFULLY ARRESTED HE WAS BEATEN BY UNKNOWN OFFICERS IN PRESENCE OF NAMED DEFENDANT BRETT HOMES, CAUSED INJURY TO PLAINTIFF, AND HE HAS BEEN INCARCERATION SINCE MAR 22, 2006 AT THE COVINGTON COUNTY JAIL, WITHOUT ANY MEDICAL ATTENTION, PLAINTIFF IS SUFFERING PAINS FROM THE BEATEN OF THE OFFICERS.

2. PLAINTIFF NEEDS MEDICAL ATTENTION, HE NEED TO GO TO E.R FOR X-RAY TO FINE OUT WHAT CAUSE THE PAINS OF MAR 22, 2006 BEATEN.

THEREFORE PLAINTIFF PRAYS THAT THE HONORABLE COURT WILL GRANT HIM A MEDICAL LEAVE TO GO TO A PROPER HOSPITAL THIS IS EMERGENCY NEEDS, PLEASE ACT IN THIS MATTER AT THE EARLIEST POSSIBLE TIME, PLAINTIFF NEEDS IMMEDIATE MEDICAL ATTENTION AND JAIL STAFF REFUSAL TO PROVIDE IMMEDIATE MEDICAL ATTENTION

RESPECTFULLY SUBMITTED THIS 26 DAY OF APRIL 2006.  _Timothy B. Edward_
                                                    SIGNATURE OF PLAINTIFF

2)

I declare under penalty of perjury that the above amend is true and correct.

4-26-06
Date

*Timothy B. Edwards*
Signature of Plaintiff

Certificate of Service

I certify that a copy of the foregoing amend pleading has been served upon the defendants/and for all parties to this proceed by mailing to same to each by first class mail, United States, personal service on the 26 day of April 2006.

*Timothy B. Edwards*
Signature of Plaintiff

Defendants Address
Anthony Clark, Brett Homes,
260 Hillcrest Drive
Andalusia AL 36420