IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TIMOTHY BERNARD EDWARD          *

    Plaintiff,                  *

    v.                          *       2:06-CV-298-MHT

ANTHONY CLARK, *et al.*,        *

    Defendants.                 *

_____

**ORDER ON MOTION**

On May 2, 2006 Plaintiff filed a pleading styled as a *Motion to Amend*. He complains therein that he is not receiving adequate medical care. Plaintiff presented this claim in his original complaint. Accordingly, it is

ORDERED that the Motion to Amend (Doc. No. 8) be and is hereby DENIED as moot.

To the extent that Plaintiff's May 2 pleading may be construed as a Motion for Court-Ordered Medical Exam at a Free-World Hospital, and for good cause, it is

ORDERED that the motion (Doc. No. 8) be and is hereby DENIED.

The Clerk is DIRECTED to furnish a copy of Plaintiff's May 2, 2006 response (Doc. No. 7) to Defendants.

In light of Plaintiff's May 2, 2006 response to the court's April 24, 2006 order to show cause, it is ORDERED that the directive that the filing of a special report be held in

abeyance is QUASHED.

DONE, this 5th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE