IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY BERNARD EDWARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06-CV-298-MHT |
| | ) |
| ANTHONY CLARK, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT'S MOTION TO EXTEND TIME**

COMES NOW, Covington County Sheriff Anthony Clark, Defendant in the above-entitled action, and requests that the Court extend the time for the filing of his Special Report by fourteen (14 days). In support thereof, Defendant states as follows:

1. Currently, this Defendant's Special Report is due on May 22, 2006.

2. Counsel for this Defendant will require additional time to coordinate with co-Counsel and arrange to meet with his clients in this case.

3. Counsel for this Defendant also requires additional time to gather further information in order to fully prepare a special report.

4. No party will be prejudiced as a result of the granting of an extension of time.

WHEREFORE, premises considered, Defendant requests that the Court extend the time for him to file a Special Report to June 5, 2006.

Respectfully submitted on this the 18th day of May, 2006.

                    **s/Scott W. Gosnell**
                    SCOTT W. GOSNELL, Bar Number: GOS002
                    Attorney for Defendant
                    WEBB & ELEY, P.C.
                    7475 Halcyon Pointe Road
                    P.O. Box 240909
                    Montgomery, Alabama 36124
                    Telephone: (334) 262-1850
                    Fax: (334) 262-1889
                    E-mail: sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the following by U.S. Mail:

Timothy Bernard Edward
Covington County Jail
290 Hillcrest Drive
Andalusia, AL 35420

                    **s/Scott W. Gosnell**
                    OF COUNSEL