IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TIMOTHY BERNARD EDWARD          *

    Plaintiff,                                      *

    v.                                                  *          2:06-CV-298-MHT

ANTHONY CLARK, *et al.*,                 *

    Defendants.                                  *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 11) is GRANTED; and

2. Defendants are GRANTED an extension from May 22, 2006 to June 5, 2006 to file their answer and special report.

DONE, this 22nd day of May, 2006.

                                                  /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE