IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TIMOTHY BERNARD EDWARD** | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | )    **2:06-CV-298-MHT** |
| | ) |
| **ANTHONY CLARK and BRETT HOLMES,** | ) |
|     **DEFENDANTS.** | ) |

### ENTRY OF APPEARANCE

Come now Todd Derrick and Steadman S. Shealy, Jr., in the above styled cause and enter their appearance as counsel on behalf of the Defendant, Brett Holmes.

This the 22nd day of May, 2006.

    /s/ Steadman S. Shealy, Jr.
Steadman S. Shealy, Jr. (SHE023)

    /s/ R. Todd Derrick
R. Todd Derrick (DER006)
Attorneys for the Defendant, Brett Holmes

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346
Telephone (334) 677-3000
Fax (334) 677-0030

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

Scott Wayne Gosnell, Esquire
Webb & Eley
Post Office Box 240909
Montgomery, Alabama 36124
(334) 262-1850

      I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/EFC participant:

Timothy Bernard Edward
Covington County Jail
290 Hillcrest Drive
Andalusia, Alabama 36420

      This the 22nd day of May, 2006.

                                                           /s/ R. Todd Derrick
                                                           R. Todd Derrick