# EXHIBIT C
# Medical File of Timothy B. Edwards

## Physician's Orders

Southern Health Partners, Inc.

Inmate Name: Edwards Timothy
SS#: 421154987
DOB: 8-20-78
Allergies: NKA

Facility
Covington County Jail

| Date: 3-27-06 | Date: |
|---|---|
| ① Robaxin 750mg BID x 6 days <br> ② Ibuprofen 800mg BID x 6 days <br> tx: back ill. [illegible] | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| M.D. Sig: | M.D. Sig: |
| Date: | Date: |
| | |
| M.D. Sig: | M.D. Sig: |

officer and/or medical staff. _____ mission and review by the medical staff. _____ Sick Call Slip and return it to the com_____
seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay sy_____
this facility.

received 3/25/06

Today's Date: 3-24-06   Pod/Location: _____A_____ Cell: _____ OF _____

Inmate's Full Name: _____

Complaint/Problem: _____
_____
_____
_____

How long have you had this problem? _____

Inmate's Signature: _____ Date: _____

································································································

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp 97⁸   Resp 16   Pulse 74   B/P 132/54

Instructions/Assessment: Document your findings, Inmate's responses/actions (R) dark bruise on
c̄ slight edema c/o H/A's – able to open mouth ī̄s pain.
c/o ī back pain c̄ ribs hurting only when lying
down – c/o (R) hip pain c̄ abrasion (R) leg pain
Will Rx – (able to move all extremities +
for touch c̄ mind difficulty)

☒ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☒ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 3/27/06   Seen by: _____

# ADMISSION DATA HISTORY AND PHYSICAL FORM

Exam Date: 4/7/06  
S.S.#: 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  
ID#: _____

Inmate Name: Edwards, Timothy B.  
Alias: Edwards, Tim  
Date Booked: 3/2/06  
Address: 1005 Barnes St., Opp, AL 36467  
County: Cov  
Telephone: —  
Birthdate: 8/20/78  
Religion: Baptist  
Education Completed: 12  
Special Education: Jrs. College  
Marital Status: (S) M W D Separated  
Read/Write English: YES / NO  Other: none  
Previous Incarcerations: (Facility/Date) Cov. Co. / Fountain in Atmore

## MEDICAL HISTORY

Notify in Emergency: Johnnie Bell Henderson — Sister  
Address: —  
Phone: 393-0911  
Health Insurance: —  
Family Physician: —  
Past Hospitalizations (include surgeries): —  
Head Injury with Loss of Consciousness: —  
Last Tetanus: 10 yrs  Immunization: —  
Allergies: none  
Current Medication(s): —

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: YES (NO) If Yes, Why ___  
Where: ___  When: ___  
Psychotropic Meds (Specify type and last dose): —  
Prior Counseling/Out-Patient Treatment for: —  
Where: ___  
Have you ever attempted suicide: No  How: ___  When: ___  
Have you recently considered committing suicide? No  
Do people consider you a violent person? No  
Have you ever been arrested for a violent crime/sexual offense? (Specify) No  
Street drugs: —  Smoker: —  Etoh: —

Inmate's Signature: Tim Edwards  
Interviewer's Signature: [signature]  Date: 4/7/06  
Witness: (if physical is refused): ___  Date: 4/7/06  
Date: ___

# MEDICAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | | ✓ | Hypertension | | ✓ | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Balance/Dizziness | | ✓ | Blood | | ✓ | Muscle Problem | | ✓ |
| Blackouts | | ✓ | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | ✓ |
| Headaches | | ✓ | Ulcer | | ✓ | Other | | ✓ |
| Seizures | | ✓ | Nausea/Vomiting | | ✓ | Other | | ✓ |
| Nervous Disorder | | ✓ | Gall Bladder | | ✓ | Regular Menstrual Period | | |
| Throat | | ✓ | Liver | | ✓ | Irregular Menstrual Period | | |
| Teeth | | ✓ | Hepatitis | | ✓ | # of days Menstrual Period | | |
| Asthma | | ✓ | Diabetes | | ✓ | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | | ✓ | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | ✓ | Trouble Voiding | | ✓ | Contraception | | |
| Heart | | ✓ | Pediculi (lice) | | ✓ | Other | | |

## EXAM:

Age 27  Sex M  Race B  Ht. 6'1"  Wt. 140
Pulse 80  BP 120/80  Temp. 96.8  Resp. 16

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | | OK | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | | OK |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | | OK | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | OK |
| Ears: Appearance, Canals, Hearing | | OK | Extremities: Pulses, Edema, Joints | | OK |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | | C/O pain has had several extracted | Abdomen: Shape, Palpation, Hernia, Bowel Sounds | | OK |
| Nose | | | | | |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | | Ø | Spine | | C/O back pain @ times |
| | | | Genital/Urinary System | | OK |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read timely? | 4/7/06 | 4/11/06 — neg |
| VDRL / RPR | Ø | |
| Other Lab Tests needed: | Ø | |
| Pregnancy Test? | Ø | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, time) | | X 3 |
| General appearance (motor behavior, mannerisms), Affect (mood) | | Calm/Coop |
| Content of thought, history of suicide, present thoughts of suicide | | N/A |

Physical Examiner's Signature: _____

Physician's Signature: _____  Date: 4/7/06

# Tuberculosis Screening and Treatment

**What is Tuberculosis:**

Tuberculosis ("TB") is a serious, infectious (transmitted through the air) disease that most commonly affects the lungs. In the lungs, the bacteria destroys elastic lung tissues and is replaced with fibrous connective tissues. The general symptoms of active TB are often subtle, unnoticeable and may include: Fatigue; Weight Loss; Fever; Chills; and Night Sweats. Symptoms of TB in the lungs may include: a persistent cough; chest pain; and coughing up blood. Although TB is preventable and can be cured with proper medication, 5% to 10% of those with active TB will die from the disease. This is usually due to patients not taking their medications correctly or improper drug treatment. TB is usually diagnosed through the use of the Mantoux tuberculin skin test. In this test, a dose of purified protein derived from the Tubercle bacilli, which is non-infectious, is injected into the upper layer of skin on the inside of the forearm. Forty-eight to 72 hours after the injection, the test site is examined. In most cases a hardened area of tissue 10 millimeters or larger is considered an indication of infection with TB, but it is not necessarily an indication of having active TB. Chest x-rays and sputum smears and cultures are used to test for active TB.

There are several high risk groups in the US that are known to have a high rate of TB. They include:
- The homeless;
- Alcoholics;
- The elderly;
- IV drug users
- Prison inmates
- Persons with HIV infections/AIDS

**Screening:**

Upon consent, all new inmates who are processed into jail, without written proof of receiving TB testing in the past year, will receive purified protein derivative (PPD) during the health screening. A nurse will read the PPD forty-eight (48) to seventy-two (72) hours afterwards and document the results in the patient's medical file. The patient will be instructed during the health screening to the necessity of follow-up medical care, the results (both positive or negative) and treatment which may be necessary.

**Treatment:**

During the screening, if a patient states he/she is past positive, we will not plant PPD, but will obtain a chest x-ray to see if the tuberculosis is active. When a nurse reads a positive PPD, a chest x-ray will be ordered as per physician protocol. The patient will receive information regarding the test results, symptoms of TB, proposed treatment, and follow-up care, etc.

Should the chest x-ray suggest active TB, the local Health Department, SHP Medical Team Administrator, and SHP corporate office should be notified immediately. Initiating therapy/treatment should begin under the recommendations of the local Health Department and in conjunction with the jail physician. The jail will immediately segregate the patient from general population. All people who have come in contact with the patient will have a skin test. The patient will have restricted movement and visitors in the jail, and will be required to wear a mask at all times during contact with staff and/or other persons, until subsequent tests prove no longer infectious.

All new inmates who are processed into the jail, who are on treatment and deemed not infectious will be housed in general population. If a patient is released from Jail during therapy, the local Health Department will be notified and provided with the patient's release location and/or the patient's last known address.

**Consent for Testing/Treatment:**

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Signature: _____ Date: _____

Witness: _____ Date: _____

Confidential Medical Information

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number 200010137 |
|---|---|---|
| Printed: Wed Mar 22, 2006 | **TIMOTHY B EDWARDS (S421154987)** | Booking Date MARCH 22nd, 2006 |

## ADMISSION OBSERVATIONS

| Question | Y/N | Question | Y/N | Question | Y/N |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptoms? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

**Observations**

SUBJECT SEEM TO BE FINE AT TIME OF INTAKE

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Condition | Y/N | Condition | Y/N | Condition | Y/N |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

**Doctors Name and Address**
NONE

**Health Insurance**
NONE

**Special Diet**
NONE

**Prescriptions/Medications**
NONE

**Drug Allergies**
NONE

**Descriptions**



I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _[signature]_ Date: _____ Time: _____

Officers's Signature _[signature]_ Date: _____ Time: _____

CJ040 ST. LOUIS, J.D.

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBU 800 mg Bid x 7 days | A 00 / P 00 | | | | | | | | 8 | 9 | | | | | 14 | | | | | | | | | | | | | | | | | |
| Robaxin 750 mg Bid x 7 days | A 00 / P 00 | | | | | | | | | 9 | | | | | | | | 17 | | | | | | | | | | | | | | |

CHARTING FOR 4/1/06  THROUGH 4/30/06

Physician: McLehran

RESIDENT: Edwards, Timothy  8/30/72  M  A

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBU 800mg BID x 7days | A / P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robaxin 750mg BID x 7days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR 3-22-06 THROUGH 3-31-06

Physician: McMorter

Allergies: NKA

Medicare Number: 421154987

RESIDENT: Edwards, Timothy   D.O.B. 8-20-78   Sex: M   A

# TB SKIN TEST VERIFICA ON FORM

**PATIENT:**

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information is completed file this completed form in the patient's medical record

Inmate Name: Edwards Lyness

AIS# 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          DOB 10/26/86          Male or ~~Female~~

Date of TB skin test 4/2/06          Done by Nurse [signature]

Previous Positive YES or NO          Previous Therapy YES or NO

## TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION

If TB skin test was read 4/5/06 Done by Nurse W. Williams, LPN

If TB skin test is Positive, Patient to request x-ray ___ [illegible]

REFA