IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| TIMOTHY BERNARD EDWARD | * |
| Plaintiff, | * |
| v. | *   2:06-CV-298-MHT |
| ANTHONY CLARK, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendant Holmes' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant's motion (Doc. No. 16) is GRANTED; and

2. Defendant Holmes is GRANTED an extension from June 20, 2006 to July 20, 2006 to file his answer and written report.

Done, this 12th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE