# 2. CERTIFIED COPIES OF COVINGTON COUNTY COURT FILES

I, Roger A. Powell, Circuit Clerk hereby certify this is a true and correct copy on file in this office.

_____
Roger A. Powell, Circuit Clerk

# 22nd Judicial Circuit Drug Task Force
# WARRANT FORM

CASE# 2006-03-026   DETECTIVE: Brett Holmes
STATE VS. Timothy Bernard Edwards
RACE: B   SEX: M   D.O.B. 08/20/1978   SSN: 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   GJ# 358
HEIGHT: 6'00   WEIGHT: 130   EYE: Brown   HAIR: Black
ADDRESS: Lot # 7 Barnes Street Opp, Al 36467   PHONE:
CHARGES: (Trafficking a Controlled Substance)   $2,000,000   62-158   SECTION: 13A-12-231
CHARGES: Possession of Marijuana 1st   $250,000   SECTION: 13A-12-213
CHARGES: Possession of Drug Paraphernalia   $20,000   SECTION: 13A-12-260
CHARGES: _____   SECTION: _____
VICTIM:   INDIVIDUAL   PARTNERSHIP   CORPORATION X OTHER
VICTIM'S NAME: State of Alabama
PLACE OF OCCURRENCE: Lot #23 Lunsford Trailer Park Opp, Al 36467
DATE OF OCCURRENCE: 03/22/2006   TIME OF OCCURRENCE: 1540 hrs
STATEMENT/CONFESSION X NONE   ORAL   SIGNED   AUDIO   VIDEO
STATEMENT/CONFESSION MADE TO:
DA USE ONLY
FILE COMPLETED_____ PRIORS_____ SID_____ TOX CASE#_____
TOX#1_____ TOX#2_____ TOX#3_____
MEDICAL RECORDS_____ HOSPITAL NAME_____
HOSPITAL AND/OR DOCTOR_____
RESTITUTION ON MEDICAL
PROPERTY:
TOTAL VALUE OF PROPERTY:
OWNER:
RESTITUTION:

Affidavit:
   On the date of 03/22/2006 Drug Task Force Agents executed a search warrant at Lot #23 Lunsford Trailer Park Opp, Al 36467. Drug Task Force Agents were able to recover cocaine and crack cocaine with a field weight of about 30 grams, marijuana, and paraphernalia including digital scales, cups and items used to manufacture crack cocaine. Also located were several plastic bags commonly used to distribute drugs. It was also discovered that the suspects were actively converting cocaine in to crack cocaine at the time of Agents arrival.

   Taken into custody inside the home was Timothy Bernard Edwards, Tramekius Monte James, and Tyrease A. Edwards. Later, Ramona Denise Womack arrived at the residence and under Miranda stated she was renting the residence for her cousin, Timothy Edwards, and had knowledge of drugs being inside the residence. Womack was then also arrested.

_____, Agent
22nd JUDICIAL CIRUIT DRUG TASK FORCE

```
ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF COVINGTON COUNTY * * *

AGENCY NUMBER: 2006-03-026          WARRANT NUMBER: WR 2006 200158.00
                                    OTHER CASE NBR:

                              C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
COVINGTON COUNTY, ALABAMA, PERSONALLY APPEARED   BRETT HOLMES
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT     TIMOTHY BERNARD EDWARDS       DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT    3/22/2006      , WHILE AT OR NEAR LOT 23, LUNSFORD TRAILER
PARK, OPP, COVINGTON                        COUNTY, KNOWINGLY MANUFACTURE,
OR BRING INTO THIS STATE, OR KNOWINGLY HAVE IN ACTUAL OR CONSTRUCTIVE
POSSESSION OF COCAINE & CRACK COCAINE   , IN EXCESS OF 28 GRAMS
             , BUT LESS THAN    500      GRAMS            OF COCAINE & CRACK
COCAINE             OR A MIXTURE CONTAINING COCAINE                         ,
A CONTROLLED SUBSTANCE,
IN VIOLATION OF 13A-012-231(11)                              OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.


                                    _____
                                    COMPLAINANT'S SIGNATURE




SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 24 DAY OF MARCH, 2006.

Patricia Judson
JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

CHARGES: TRAFFICKING-METHAMPH   13A-012-231(11)      F  FELONY
---------------------------------------------------------------------
WITNESS FOR THE STATE

BRETT HOLMES/                          /              /


OPERATOR: PEH    DATE: 03/24/2006
```

## WARRANT

STATE OF ALABAMA        COVINGTON COUNTY        DISTRICT COURT

AGENCY NUMBER: 2006-03-026         WARRANT NUMBER: WR 2006 200158.00
                                   OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    TIMOTHY BERNARD EDWARDS    AND BRING HIM/HER BEFORE THE DISTRICT    COURT OF COVINGTON COUNTY TO ANSWER THE STATE ON A CHARGE(S) OF:
          TRAFFICKING-METHAMPH    CLASS: A   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 24 DAY OF MARCH, 2006.

BOND SET AT: (1)   $2,000,000.00   BOND TYPE: PROPERTY BOND
             (2)   _____
             (3)   _____

*Patricia Judson*
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

---

CHARGES: TRAFFICKING-METHAMPH   13A-012-231(11)        F   FELONY

---

NAME: TIMOTHY BERNARD EDWARDS           ALIAS:
ADDRESS: LOT # 7 BARNES STREET          ALIAS:
ADDRESS:
CITY: OPP            STATE: AL          ZIP: 36467 0000
                                        PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 08/20/1978   RACE: B   SEX: M   HAIR: BLK
EYE: BRO   HEIGHT: 6'00"   WEIGHT: 130
SID: 000000000   SSN: 421154987   DL NUM:

---

## EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
(X) PLACING DEFENDANT IN THE COVINGTON COUNTY JAIL
( ) RELEASING DEFENDANT ON APPEARANCE BOND

THIS __22nd__ DAY OF __March__ __2006__

SHERIFF

BY _____

COMPLAINANT: BRETT HOLMES

OPERATOR: PEH    DATE: 03/24/2006

RECEIVED
MAR 27 2006
COVINGTON COUNTY SHERIFF'S DEPT.

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,            *

    PLAINTIFF,              *     CASE NOS.:

VS.                          *     WR-2006-2-158, 159

TIMOTHY B. EDWARDS,          *

    DEFENDANT.              *

                                *

## O R D E R

The defendant having filed a motion for Preliminary Hearing and the Court being of the opinion that the motion should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that a Preliminary Hearing be held in this cause on Thursday, April 13, 2006 at 9:00 A.M. in the District Courtroom.

It is further ORDERED that Honorable Francis Chirico is appointed to represent the defendant at Preliminary Hearing.

It is further ORDERED that copies of this order be furnished to the District Attorney's Office; Honorable Francis Chirico; and to the defendant, c/o Covington County Jail.

DONE and ORDERED this 29th day of March 2006.

FILED IN OFFICE

MAR 29 2006

*[signature]* CLERK

*[signature]*
Frank L. McGuire, III
District Judge

To horable Judge Mcguire I Timothy Benard Edwards is writing to please request a pilarimary hearing on case number #6-2-158-169
6-363

Thanks For your time:

Timothy B. Edwards
3-29-06

**FILED IN OFFICE**

MAR 29 2006

Roy A Ponnell
**CLERK**

Please file this 3-29-06
FAXED TO me
on that day
Pixie

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| Plaintiff, | * |
| VS | * Case No.: |
| TIMOTHY BERNARD EDWARDS, | * |
| Defendant. | * DC-2006-842 |
| | * |

### ORDER CONTINUING PRELIMINARY HEARING

This cause is set for Preliminary Hearing on April 13, 2006 at 9:00 A.M. The Court having been informed that the defendant has retained counsel; it is

ORDERED that Honorable Francis Chirico is withdrawn as attorney for the defendant.

It is further ORDERED that the Preliminary Hearing is continued to Thursday, May 11, 2006 at 9:00 A.M.

It is further ORDERED that copies of this order be furnished to the District Attorney's Office; Honorable Frank Chirico; and to Honorable J. E. Sawyer, Jr., retained counsel for the defendant.

DONE and ORDERED this 13th day of April 2006.

Frank L. McGuire, III
District Judge

FILED IN OFFICE
APR 1 3 2006

CLERK

DC-06-842

| State of Alabama<br>Unified Judicial System<br>Form C-81  11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br>6-2-158-159<br>6-363 |
|---|---|---|

IN THE __District__ COURT OF __Covington__ COUNTY

☑ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

v. __Timothy Edwards__, Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of __Trak, POMI, VDRI__ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) <u>Not</u> depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: __3-24-2006__    __Patricia Judson__
Judge/Magistrate

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.

Date: __3-24-2006__    X _____
Defendant