agreed to speak with the officers. When asked, Womack said that she did know that Tim Edwards was selling drugs out of the trailer. Tim Edwards was advised of his Miranda warnings. He said he understood those warnings and advised that he wanted a lawyer. Tyrease Edwards was advised of his Miranda warnings. He said he understood those warnings and advised that he wanted a lawyer. Tramekius James was advised of his Miranda warnings. He said he understood those warnings and advised that he would answer questions. When asked who was "cooking" crack cocaine when the DTF arrived, James said "Tim" was, and added that when Tim saw the police he ran to the rear of the trailer.

During the time the police were searching the residence, various phone, including Tim Edwards' cell phone, rang continuously. On more than one occasions, an officer would answer the phone and converse with the individual who called about that individual's desire to purchase illegal narcotics from someone at the residence. Once such call, made to Tim Edwards' phone, led to a controlled bust at the Hobo Pantry in Opp (See State v. Carla Lambert and State v. Brenda Patrick in the Circuit Court of Covington County).

At his Initial appearance on his violation of probation warrant, Tim Edwards advised the judge as follows: "The only problem with this is it is not my residence. I was there to pick somebody up. There is none of my possessions at the residence. I didn't have any marijuana, all I had in my pocket was money."

FILED IN OFFICE
MAY 16 2006
[signature]
CLERK

    3. Otherwise, the State does not have any written or recorded statements or the substance of any oral statements made by the defendant to any law enforcement officer, official, or employee which are within the possession, custody, or control of the State, the existence of which is known to the District Attorney.

    B. The State has four co-defendants to be tried in this matter, to wit: Timothy Edwards,

Tyrease Edwards, Ramona Womack and Tramekius James. Any and all written or recorded statements or the substance of any oral statements made by any co-defendant or accomplices to any law enforcement officer, official, or employee which are within the possession, custody, or control of the State, the existence of which is known to the District Attorney, are included herein.

C. Attached hereto are photostatic copies of the following:

1. Search Warrant Application, Affidavit, Supplement Affidavit, Warrant, Inventory and Return

2. Twenty (20) photographs of the evidence and the scene.

D. The State has in its custody and control the drugs, paraphernalia and other evidence recovered from the person and/or property of the Defendants. The District Attorney's office will arrange for counsel to inspect and copy these items upon request.

E. The State does not have any results or reports of physical or mental examinations or scientific tests or experiments the existence of which is known to the District Attorney. Counsel is put on notice that certain items pertaining to this case may have been turned over to the Department of Forensic Sciences for analysis, comparison, etc., but, due to the brevity of time between arrest and the date of the preliminary hearing, such scientific process has not yet been completed. Were such a report to become available prior to the date of the hearing, the State will amend its discovery.

FILED IN OFFICE
MAY 16 2006
[signature]
CLERK

F. The State has no items of physical evidence that it plans to admit into evidence at the preliminary hearing in this matter.

Respectfully submitted this the 16 day of May, 2006.

[signature]
Walt M. Merrell, III

Assistant District Attorney

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing the same First Class United States Mail, properly addressed and postage prepaid, or by personal service on this the 16 day of May, 2006.

FILED IN OFFICE

MAY 16 2006

CLERK

# SEARCH WARRANT

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____

WARRANT NUMBER [ ][ ][ ][ ][ ][ ]
CASE NUMBER [ ][ ][ ][ ][ ][ ]

_____ VS _____
Timothy Bernard Edwards

STATE OF ALABAMA
In the _Circuit_ Court
of Covington County

### TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA

Affidavit in support of application for a search warrant having been made before me, and the Court's finding that grounds for the issuance exist or that there is probable cause to believe that they exist, pursuant to Rule 3.8, Alabama Rules of Criminal Procedure, your are hereby ordered and authorized to forthwith search :

THE FOLLOWING PERSON OR PLACE: the residence of Timothy Bernard Edwards located at Lot #23 Lunsford Trailer Park Opp, Al 36467, which is a single wide trailer tan in color with a wooden front porch, any and all vehicles, and any and all outbuildings.

FOR THE FOLLOWING PROPERTY: cocaine, crack cocaine, marijuana, any and all paraphernalia used in the ingestion, sale, and production of illegal drugs, stolen property, and firearms.

and make return of this warrant and an inventory of all property seized thereunder before me within _ten_ (10) days [not to exceed ten (10) days] as required by law.

( ) This warrant may only be executed
    ( ) in the daytime between the hours of
        _____ __.M, and
        _____ __.M.

FILED IN OFFICE
MAR 2  2006
_signature_
CLERK

FILED IN OFFICE
MAY 16 2006
_signature_
CLERK

(✓) The Court finds probable cause to believe that a nighttime search is necessary, and this warrant may be executed at anytime of the day or night.

ISSUED TO: _Brett Holmes, 22nd Judicial Circuit Drug Task Force_
(Name and Agency of Officer)

Sworn to and Subscribed before me
at _7:35 PM_ on _March 15, 2006_.

_signature_
Judge
Rule 3.9

# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

[X] STATE OF ALABAMA

[ ] MUNICIPALITY OF _____

CASE NUMBER [ ][ ][ ][ ][ ][ ][ ][ ]

FILED IN OFFICE
MAR 24 2006
_Ryl A Powell_
CLERK

STATE OF ALABAMA
In the Circuit Court
of Covington County

VS

Timothy Bernard Edwards
Defendant

Before me, Frank L. McGuire III _____, the undersigned authority, personally appeared Brett Holmes _____ (Name of Affiant) who being by me first duly sworn, deposes and says:

that in the residence of Timothy Bernard Edwards located at Lot #23 Lunsford Trailer Park Opp, Al 36467, which is a single wide trailer tan in color with a wooden front porch, there is concealed marijuana and cocaine in violation of the Drug Crimes Amendment Act of 1987.

My name is Brett Holmes and I am currently a Narcotics Investigator with the Opp Police Department. I am currently assigned to the 22nd Judicial Circuit Drug Task Force of Covington County. I have held this position for the past three years. Prior to this job I was a Deputy with the Covington County Sheriff's Department for about three years. During this time I have been involved in hundreds of investigations involving both cocaine and marijuana. I have also received training at the Southwest Alabama Police Academy during my State of Alabama's Peace Officers Standards Training Commission in marijuana and cocaine recognition.

Within the past three hours I received information from a confidential informant who has proven true, correct, reliable, and led to an arrest that Timothy Bernard Edwards was in possession of cocaine, crack cocaine, and marijuana. The informant stated that on the date of 03/14/2006 at about 1530 hrs he was inside the residence of Timothy Edwards and Romona Denise Womack at Lot #23 Lunsford Trailer Park Opp, Al 36467. The informant states that while inside the residence he saw what he estimated at about 30 ounces of crack cocaine in the kitchen to the left of the kitchen sink. The informant also stated he saw about one half of a kilo of cocaine hydrochloride in the kitchen to the right of the kitchen sink. The informant stated that Timothy Edwards was "cooking" crack cocaine while he was inside the residence. The informant also stated he saw what he estimated at about 10 pounds of marijuana separated into one pound plastic bags in the kitchen on the kitchen table. The informant also states that on several occasions he has witnessed Timothy Edwards receive stolen property in return for drugs. Finally the informant stated he has witnessed two handguns, one of which is consistent with a handgun reported stolen to the Covington County Sheriff's Department, in the residence of Timothy Edwards and Romona Womack.

FILED IN OFFICE
MAY 16 2006

Affiant shows that based on the above and foregoing facts and information, affiant has probable cause to believe that the above described property is concealed upon the aforesaid (premises) (person) (vehicle) and is subject to seizure and makes this affidavit so that a warrant may be issued to search the said (premises) (person) (vehicle).     CLERK

_Signature_
Signature of Affiant
22nd Judicial Circuit Drug Task Force, Agent
Agency and Title

Sworn to and Subscribed before me
this the 15 day of _March_, 2006.

_Signature_
Judge/Magistrate
Rule 3.9

# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
## SUPPLEMENT

The following is an amendment to an unexecuted search warrant on a residence located at Lot #23 Lunsford Trailer Park Opp, Al 36467, which was signed on the date of 03/15/2006, and is the residence of Timothy Edwards. Opp Police Investigator Mark Kyser arrested a burglary suspect on 03/22/2006 who while being interviewed in reference to the burglary / theft case also gave Investigator Mark Kyser the following information. The suspect stated that after selling one of the stolen weapons at a local pawn shop and obtaining cash he then made contact with Timothy Edwards and obtained one hundred dollars worth of powdered cocaine at Lot # 23 Lunsford Trailer park in Opp, Al 36467. The suspect also states while at the residence that he saw a large amount of cocaine inside the mobile home on a kitchen counter next to the sink. The suspect also stated that he has seen cocaine in the trailer on many occasions and that Timothy Edwards also manufactures crack cocaine at the above listed mobile home.

**FILED IN OFFICE**

MAY 16 2006

_____
CLERK

Affiant shows that based on the above and foregoing facts and information, affiant has probable cause to believe that the above described property is concealed upon the aforesaid ( premises ) ( person ) ( vehicle ) and is subject to seizure and makes this affidavit so that a warrant may be issued to search the said ( premises ) ( person ) ( vehicle ).

_____
Signature of Affiant

22nd Judicial Circuit DTF Agent
Agency and Title

Sworn to and Subscribed before me this
the 22 day of _____, 2006 at 2:40 P.M.

_____
Judge
Rule 3.9

MAR-22-06 WED 02:30    COVINGTON CO. D.A.'s OFFICE   PD
POLICE DEPARTMENT    FAX NO. 13. .934411    ⌀001

P. 01

# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
## SUPPLEMENT

The following is an amendment to an unexecuted search warrant on a residence located at Lot #23 Lunsford Trailer Park Opp, Al 36467, which was signed on the date of 03/15/2006, and is the residence of Timothy Edwards. Opp Police Investigator Mark Kyser arrested a burglary suspect on 03/22/2006 who while being interviewed in reference to the burglary / theft case also gave Investigator Mark Kyser the following information. The suspect stated that after selling one of the stolen weapons at a local pawn shop and obtaining cash he then made contact with Timothy Edwards and obtained one hundred dollars worth of powdered cocaine at Lot # 23 Lunsford Trailer park in Opp, Al 36467. The suspect also states while at the residence that he saw a large amount of cocaine inside the mobile home on a kitchen counter next to the sink. The suspect also stated that he has seen cocaine in the trailer on many occasions and that Timothy Edwards also manufactures crack cocaine at the above listed mobile home.

FILED IN OFFICE

MAY 16 2006

_[signature]_
CLERK

Affiant shows that based on the above and foregoing facts and information, affiant has probable cause to believe that the above described property is concealed upon the aforesaid ( premises ) ( person ) ( vehicle ) and is subject to seizure and makes this affidavit so that a warrant may be issued to search the said ( premises ) ( person ) ( vehicle ).

Sworn to and Subscribed before me this
the 22 day of _____ _____ 2:14 PM

_[signature]_
Judge
Rule 3.9

FILED IN OFFICE

MAR 24 2006

_[signature]_
CLERK

_[signature]_
Signature of Affiant

22nd Judicial Circuit DTF, Agent
Agency and Title

# 22nd Judicial Circuit Drug Task Force
## Confiscated Item/Search Warrant Inventory

Date of Search/Seizure: 3/22/06   Time Entered: 1540 hrs   Time Exited: ____   S M T (W) T F S

Officers Present: Brett Holmes, Chris Byrd, Paul Hudson, Nickey Conley, Mack Odom, Paul Dean

| Item # | Description | Location Found | Time | Officer |
|---|---|---|---|---|
| 1 | one plastic baggy containing off-white rock like substance | in kitchen on counter to (R) of stove | 1639 | Odom |
| 2 | one set of grey digital scales w/powder residue | in kitchen cabinet on top to right of stove | 1641 | Odom |
| 3 | one black nylon bag containing one metal spoon and white powder residue | " | 1641 | Odom |
| 4 | one blue metal coffee cup containing whisk and white powder residue | " | 1641 | Odom |
| 5 | one blue metal coffee cup containing white powder residue | " | 1641 | Odom |
| 6 | one red My Weigh digital scales with white powder residue | " | 1641 | Odom |
| 7 | two pieces of plastic containing white powder residue | " | 1641 | Odom |
| 8 | one Taurus .357 magnum serial # IC232399 | on top of top kitchen cabinets to (R) of stove | 1648 | Odom |
| 9 | one set of Scale CC-200 Digital Scales | on kitchen counter to (L) of sink | 1650 | Odom |
| 10 | two gallon sized ziplock bags one containing marijuana, one containing marijuana residue | in kitchen in drawer (top) to (R) of stove | 1651 | Odom |
| 11 | one white paper towel containing white powder residue (w/ cookie imprints) | in kitchen on counter to right of sink | 1653 | Odom |
| 12 | One blue tote | laundry closet on top of dryer | 1655 | Odom |
| 12a | Black camera bag containing plastic sandwich bag containing off-white rock substance | in item #12 | " | " |
| 12b | Dale Earnhart ice cooler containing Crown Royal bag and plastic sandwich bag containing off-white rock substance | in item #12 | " | " |
|  | and one black set of digital scales | " |  |  |
| 13 | one Hi-Point 9mm pistol (loaded) serial # P1208362 | in living room under couch | 1700 | Odom |

FILED IN OFFICE
MAY 16 2006
_____ CLERK

Page 1 of 2

# 22nd Judicial Circuit Drug Task Force
## Confiscated Item/Search Warrant Inventory
## Supplement Form

| Item # | Description | Location Found | Time | Officer |
|---|---|---|---|---|
| 14 | One RG Model R614 .22 cal pistol Serial # 227910 (loaded) | bedroom on right stand to © of bed | 1705 | Odom |
| 15 | One blue metal coffee cup containing white powder residue | in bedroom under bed | 1705 | Odom |
| 16 | One TOP 1 1/2 open rolling papers | in bedroom on dresser | 1710 | Odom |
| 17 | One Jokar 1 1/2 open rolling papers | on dryer in laundry room | 1712 | Odom |
| 18 | Two partially burned marijuana cigarettes | in bedroom on night stand in ashtray | 1714 | Odom |
| 19 | $1414.00 in US Currency | back right pants pocket of Timothy Edwards | 1714 | Odom |
| 20 | One plastic bag containing marijuana | in Pontiac Grand Prix in front yard under front driver's seat | 1730 | Odom |

End

FILED IN OFFICE

MAY 16 2006

CLERK

FILED IN OFFICE

MAR 24 2006

CLERK

# RETURN AND INVENTORY

I certify that I executed the foregoing Search Warrant as directed therein by searching the person or place therein described at __3:40__ O'clock __P__.M, __03/22/2006__,

☐ Did not find and seize any property located thereon.

or :

☒ Found and seized the following described property and made return of the same to the Court at __2:25__ O'clock __P__.M, __03/24/2006__.

| Item | Description | Location | Officer | Time |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | See attached inventory | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**FILED IN OFFICE**

MAY 1 6 2006

_[signature]_
CLERK

☐ Copy of warrant and endorsed copy of inventory left in accordance with Rule 3.11 (a), Alabama Rules of Criminal Procedure.    **FILED IN OFFICE**

Date: _____

MAR 2 4 2006

_[signature]_
CLERK

_[signature]_
Signature of Law Enforcement Officer

Agent, 22nd Judicial Circuit Drug Task Force
Title and Agnecy

RECEIPT

I acknowledge receipt of return of the foregoing Search Warrant and list of Inventory showing a detailed account of all property taken at the date and time noted above. Rule 3.6 - 3.14

Date: __3/24/06__

Sworn to and Subscribed before me this the __24__ day of __March 2006__.

Rule 3.9

_[signature]_
Judge