







 

FILED IN OFFICE

MAY 16 2006

CLERK





FILED IN OFFICE
MAY 16 2006
CLERK

 

FILED IN OFFICE

MAY 16 2006


CLERK

