

FILED IN OFFICE

MAY 1 6 2006

CLERK






FILED IN OFFIC

MAY 16 2006

CLERK

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

    Plaintiff,                    *

VS.                                  *    CASE NOS.:

TIMOTHY BERNARD EDWARDS,             *    DC-2006-842, 843

    Defendant.                    *

                          *

## O R D E R

A Preliminary Hearing was held in this cause on Tuesday, May 16, 2006. The defendant was present in court with Honorable Lori Stinson, standing in for Honorable Joe Sawyer, retained counsel.

After taking testimony and considering the evidence, the Court is of the opinion that the State has presented sufficient evidence to establish probable cause that the defendant committed the offenses of Trafficking Methamphetamine and Unlawful Possession of Marijuana I.

It is therefore, ORDERED, ADJUDGED and DECREED that Timothy Bernard Edwards be bound over for action to the Covington County Grand Jury.

The defendant's motion for bond reduction was granted with regard to the Trafficking charge, and the Court reduced the bond in the Trafficking case from $2,000,000.00 to $1,000,000.00 but is not reducing the bond any further, due to the following:

    1. The evidence was overwhelming that the defendant was engaged in pusher activity. The defendant's cellular phone was ringing constantly throughout the search and finally, one of the DTF Officers answered and the caller wanted to purchase drugs from the defendant. *Alabama Rules of Criminal Procedure* state that "evidence of pusher activity should indicate a substantial increase in bond."

FILED IN OFFICE

MAY 1 6 2006

2.  The defendant was hiding under a bed in the master bedroom and had $1,440.00 in currency on his person at the time.

3.  At the time of the search, the stove was on and a cocaine cook was taking place.

4.  The defendant has two prior drug convictions.

5.  Three guns were found by the DTF at the trailer, all of which were loaded.

It is therefore, ORDERED that the defendant's bond on the charge of Trafficking is reduced from $2,000,000.00 to $1,000,000.00.  All other bonds remain the same.

DONE and ORDERED this 16th day of May 2006.

Frank L. McGuire, III
District Judge

**FILED IN OFFICE**

MAY 1 6 2006

*Roy A. Pannell*
CLERK

I, Roger A. Powell, Circuit Clerk hereby certify this is a true and correct copy on file in this office.

Roger A. Powell

# 22nd Judicial Circuit Drug Task Force
## WARRANT FORM

CASE# 2006-03-026          DETECTIVE: Brett Holmes

STATE VS. Timothy Bernard Edwards

RACE:B   SEX: M   D.O.B. 08/20/1978   SSN: 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   GJ# 359

HEIGHT: 6'00   WEIGHT: 130   EYE: Brown   HAIR: Black

ADDRESS: Lot # 7 Barnes Street Opp, Al 36467          PHONE:

CHARGES: Trafficking a Controlled Substance   $2,000,000   SECTION: 13A-12-231

CHARGES: Possession of Marijuana 1st   $250,000  (o-2-159   SECTION: 13A-12-213

CHARGES: Possession of Drug Paraphernalia   $20,000   SECTION: 13A-12-260

CHARGES:          SECTION:

VICTIM:   INDIVIDUAL   PARTNERSHIP   CORPORATION X OTHER

VICTIM'S NAME: State of Alabama

PLACE OF OCCURRENCE: Lot #23 Lunsford Trailer Park Opp, Al 36467

DATE OF OCCURRENCE: 03/22/2006          TIME OF OCCURRENCE: 1540 hrs

STATEMENT/CONFESSION X NONE   ORAL   SIGNED   AUDIO   VIDEO

STATEMENT/CONFESSION MADE TO:

DA USE ONLY

FILE COMPLETED_____ PRIORS_____ SID_____ TOX CASE#_____

TOX#1_____ TOX#2_____ TOX#3_____

MEDICAL RECORDS_____ HOSPITAL NAME_____

HOSPITAL AND/OR DOCTOR_____

RESTITUTION ON MEDICAL

PROPERTY:

TOTAL VALUE OF PROPERTY:_____

OWNER:_____

RESTITUTION:_____

Affidavit:

  On the date of 03/22/2006 Drug Task Force Agents executed a search warrant at Lot #23 Lunsford Trailer Park Opp, Al 36467. Drug Task Force Agents were able to recover cocaine and crack cocaine with a field weight of about 30 grams, marijuana, and paraphernalia including digital scales, cups and items used to manufacture crack cocaine. Also located were several plastic bags commonly used to distribute drugs. It was also discovered that the suspects were actively converting cocaine in to crack cocaine at the time of Agents arrival.

  Taken into custody inside the home was Timothy Bernard Edwards, Tramekius Monte James, and Tyrease A. Edwards. Later, Ramona Denise Womack arrived at the residence and under Miranda stated she was renting the residence for her cousin, Timothy Edwards, and had knowledge of drugs being inside the residence. Womack was then also arrested.

_____, Agent

22nd JUDICIAL CIRUIT DRUG TASK FORCE

ALABAMA JUDICIAL INFORMATION SYSTEM

\* \* \* IN THE DISTRICT COURT OF COVINGTON COUNTY \* \* \*

AGENCY NUMBER: 2006-03-026          WARRANT NUMBER: WR 2006 200159.00
                                    OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
COVINGTON COUNTY, ALABAMA, PERSONALLY APPEARED   BRETT HOLMES
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    TIMOTHY BERNARD EDWARDS       DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT  _3/22/2006_____ ,UNLAWFULLY POSSESS MARIJUANA FOR
XXXX OTHER THAN PERSONAL USE.
(  ) HIS/HER PERSONAL USE, ONLY AFTER HAVING BEEN PREVIOUSLY CONVICTED
      OF UNLAWFUL POSSESSION OF MARIJUANA FOR HIS/HER PERSONAL USE
AT OR NEAR LOT 23, LUNSFORD TRAILER PARK, OPP, COVINGTON___COUNTY, ALABAMA,
IN VIOLATION OF 13A-012-213                    OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT/S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 24 DAY OF MARCH, 2006.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

CHARGES: POSS MARIJUANA 1ST    13A-012-213        F  FELONY

WITNESS FOR THE STATE

BRETT HOLMES/                    /                    /

_____
_____
_____
_____
_____

OPERATOR: PEH    DATE: 03/24/2006

W A R R A N T

STATE OF ALABAMA           COVINGTON COUNTY           DISTRICT   COURT

AGENCY NUMBER: 2006-03-026          WARRANT NUMBER: WR 2006 200159.00
                                    OTHER CASE NBR:           .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    TIMOTHY BERNARD EDWARDS   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF COVINGTON COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
            POSS MARIJUANA 1ST   CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 24 DAY OF MARCH, 2006.

BOND SET AT: (1)    $250,000.00  BOND TYPE: PROPERTY BOND
             (2) _____
             (3) _____

*Patricia Judson*

JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

---

CHARGES: POSS MARIJUANA 1ST    13A-012-213        F  FELONY

---

NAME: TIMOTHY BERNARD EDWARDS          ALIAS:
ADDRESS: LOT # 7 BARNES STREET         ALIAS:
ADDRESS:
CITY: OPP                  STATE: AL       ZIP: 36467 0000
                                           PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 08/20/1978    RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 6'00"  WEIGHT: 130
SID: 000000000  SSN: 421154987  DL NUM:

---

E X E C U T I O N

         EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
    (X)  PLACING DEFENDANT IN THE COVINGTON COUNTY JAIL

    ( )  RELEASING DEFENDANT ON APPEARANCE BOND

_____

THIS _22nd_ DAY OF _March_                    _2006_

                              _____
                              SHERIFF

                              BY _____

---

COMPLAINANT: BRETT HOLMES

OPERATOR: PEH       DATE: 03/24/2006

RECEIVED

MAR 2 7 2006