IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                *

    PLAINTIFF,              *     CASE NOS.:

VS.                              *     WR-2006-2-158, 159

TIMOTHY B. EDWARDS,              *

    DEFENDANT.              *

                                  *

O R D E R

The defendant having filed a motion for Preliminary Hearing and the Court being of the opinion that the motion should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED that a Preliminary Hearing be held in this cause on Thursday, April 13, 2006 at 9:00 A.M. in the District Courtroom.

It is further ORDERED that Honorable Francis Chirico is appointed to represent the defendant at Preliminary Hearing.

It is further ORDERED that copies of this order be furnished to the District Attorney's Office; Honorable Francis Chirico; and to the defendant, c/o Covington County Jail.

DONE and ORDERED this 29th day of March 2006.

FILED IN OFFICE

MAR 29 2006

                                            Frank L. McGuire, III
                                            District Judge

To horable Judge Mcguire I
Timothy Benard Edwards is writing
to please request a pilarimary hearing
on case number #6-2-158-159
        6-363

Thanks for your time.

        Timothy B. Edwards
        3-29-06

**FILED IN OFFICE**

MAR 2 9 2006

Reese A. Powell
CLERK

Please file
this 3-29-06
FAXED to me
on that day —
        Pixie

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| Plaintiff, | * |
| VS. | *   CASE NOS.: |
| TIMOTHY BERNARD EDWARDS, | *   DC-2006-842, 843 |
| Defendant. | * |
| | * |

### ORDER

A Preliminary Hearing was held in this cause on Tuesday, May 16, 2006. The defendant was present in court with Honorable Lori Stinson, standing in for Honorable Joe Sawyer, retained counsel.

After taking testimony and considering the evidence, the Court is of the opinion that the State has presented sufficient evidence to establish probable cause that the defendant committed the offenses of Trafficking Methamphetamine and Unlawful Possession of Marijuana I.

It is therefore, ORDERED, ADJUDGED and DECREED that Timothy Bernard Edwards be bound over for action to the Covington County Grand Jury.

The defendant's motion for bond reduction was granted with regard to the Trafficking charge, and the Court reduced the bond in the Trafficking case from $2,000,000.00 to $1,000,000.00 but is not reducing the bond any further, due to the following:

> 1. The evidence was overwhelming that the defendant was engaged in pusher activity. The defendant's cellular phone was ringing constantly throughout the search and finally, one of the DTF Officers answered and the caller wanted to purchase drugs from the defendant. *Alabama Rules of Criminal Procedure* state that "evidence of pusher activity should indicate a substantial increase in bond."

FILED IN OFFICE

MAY 1 6 2006

    2.    The defendant was hiding under a bed in the master bedroom and had $1,440.00 in currency on his person at the time.

    3.    At the time of the search, the stove was on and a cocaine cook was taking place.

    4.    The defendant has two prior drug convictions.

    5.    Three guns were found by the DTF at the trailer, all of which were loaded.

It is therefore, ORDERED that the defendant's bond on the charge of Trafficking is reduced from $2,000,000.00 to $1,000,000.00. All other bonds remain the same.

DONE and ORDERED this 16th day of May 2006.

Frank E. McGuire, III
District Judge

FILED IN OFFICE
MAY 1 6 2006
CLERK

I, Roger A. Powell, Circuit Clerk hereby certify this is a true and correct copy on file in this office.

*Roger A. Powell*
Roger A. Powell, Circuit Clerk

# 22nd Judicial Circuit Drug Task Force
# WARRANT FORM

CASE# 2006-03-026                    DETECTIVE: Brett Holmes
STATE VS. Timothy Bernard Edwards
RACE: B    SEX: M    D.O.B. 08/20/1978    SSN: 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    GJ# 360
HEIGHT: 6'00    WEIGHT: 130    EYE: Brown    HAIR: Black
ADDRESS: Lot # 7 Barnes Street Opp, Al 36467    PHONE:
CHARGES: Trafficking a Controlled Substance    $2,000,000    SECTION: 13A-12-231
CHARGES: Possession of Marijuana 1st    $250,000    SECTION: 13A-12-213
CHARGES: Possession of Drug Paraphernalia    $20,000  6-365  SECTION: 13A-12-260
CHARGES:                                                SECTION:
VICTIM:    INDIVIDUAL    PARTNERSHIP    CORPORATION  X OTHER
VICTIM'S NAME: State of Alabama
PLACE OF OCCURRENCE: Lot #23 Lunsford Trailer Park Opp, Al 36467
DATE OF OCCURRENCE: 03/22/2006    TIME OF OCCURRENCE: 1540 hrs
STATEMENT/CONFESSION  X NONE    ORAL    SIGNED    AUDIO    VIDEO
STATEMENT/CONFESSION MADE TO:
DA USE ONLY
FILE COMPLETED_____ PRIORS_____ SID_____ TOX CASE#_____
TOX#1_____ TOX#2_____ TOX#3_____
MEDICAL RECORDS_____ HOSPITAL NAME_____
HOSPITAL AND/OR DOCTOR_____
RESTITUTION ON MEDICAL
PROPERTY:
TOTAL VALUE OF PROPERTY:
OWNER:
RESTITUTION:

Affidavit:
  On the date of 03/22/2006 Drug Task Force Agents executed a search warrant at Lot #23 Lunsford Trailer Park Opp, Al 36467. Drug Task Force Agents were able to recover cocaine and crack cocaine with a field weight of about 30 grams, marijuana, and paraphernalia including digital scales, cups and items used to manufacture crack cocaine. Also located were several plastic bags commonly used to distribute drugs. It was also discovered that the suspects were actively converting cocaine in to crack cocaine at the time of Agents arrival.

  Taken into custody inside the home was Timothy Bernard Edwards, Tramekius Monte James, and Tyrease A. Edwards. Later, Ramona Denise Womack arrived at the residence and under Miranda stated she was renting the residence for her cousin, Timothy Edwards, and had knowledge of drugs being inside the residence. Womack was then also arrested.

_____, Agent
22nd JUDICIAL CIRUIT DRUG TASK FORCE

```
                    ALABAMA JUDICIAL INFORMATION SYSTEM
              * * * IN THE DISTRICT COURT OF COVINGTON COUNTY * * *

AGENCY NUMBER: 2006-03-026              WARRANT NUMBER: WR 2006 000363.00
                                        OTHER CASE NBR:

                              C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
COVINGTON COUNTY, ALABAMA, PERSONALLY APPEARED    BRETT HOLMES
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT     TIMOTHY BERNARD EDWARDS        DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT ____3/22/2006_____, UNLAWFULLY USE OR POSSESS DRUG
PARAPHERNALIA, TO-WIT: DIGITAL SCALES, CUPS, PLASTIC BAGS_____,
USED FOR UNLAWFULLY WEIGHING AND/OR CONTAINING A CONTROLLED SUBSTANCE,
IN VIOLATION OF 13A-012-260(C)                       OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.


                                        _____
                                             COMPLAINANT'S SIGNATURE




SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 24 DAY OF MARCH, 2006.
_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: USE/POSS DRUG PARAPH    13A-012-260(C)        M  MISDEMEANOR

WITNESS FOR THE STATE

BRETT HOLMES/                            /               /




OPERATOR: PEH     DATE: 03/24/2006
```

# WARRANT

STATE OF ALABAMA        COVINGTON COUNTY        DISTRICT COURT

AGENCY NUMBER: 2006-03-026        WARRANT NUMBER: WR 2006 000363.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    TIMOTHY BERNARD EDWARDS    AND BRING HIM/HER BEFORE THE DISTRICT COURT OF COVINGTON COUNTY TO ANSWER THE STATE ON A CHARGE(S) OF:
        USE/POSS DRUG PARAPH    CLASS: A    TYPE: M    COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE _____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 24 DAY OF MARCH, 2006.

BOND SET AT: (1)    $20,000.00    BOND TYPE: PROPERTY BOND
             (2)
             (3)

*Patricia Judson*
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: USE/POSS DRUG PARAPH    13A-012-260(C)        M    MISDEMEANOR

NAME: TIMOTHY BERNARD EDWARDS         ALIAS:
ADDRESS: LOT # 7 BARNES STREET        ALIAS:
ADDRESS:
CITY: OPP           STATE: AL         ZIP: 36467 0000
                                      PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 08/20/1978    RACE: B    SEX: M    HAIR: BLK
EYE: BRO    HEIGHT: 6'00"    WEIGHT: 130
SID: 000000000    SSN: 421154987    DL NUM:

# EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
(X) PLACING DEFENDANT IN THE COVINGTON COUNTY JAIL
( ) RELEASING DEFENDANT ON APPEARANCE BOND

THIS  22nd  DAY OF  March  2006

SHERIFF
BY *[signature]*

COMPLAINANT: BRETT HOLMES

OPERATOR: PEH        DATE: 03/24/2006

RECEIVED
MAR 27 2006
COVINGTON COUNTY

I, Roger A. Powell, Circuit Clerk hereby certify this is a true and correct copy on file in this office.

*Roger A. Powell*

Roger A. Powell, Circuit Clerk

```
AVSO350                    ALABAMA JUDICIAL DATA CENTER              RETURN TO CLERK
                                  COVINGTON COUNTY

                                       SUMMONS
                                                              CV 2006 000071.00
                                                              M. ASHLEY MCKATHAN
```

---

IN THE CIRCUIT COURT OF COVINGTON COUNTY

STATE OF ALABAMA VS $1,414.00 IN U.S. CURRENCY ET AL

SERVE ON: (D004)

SSN: 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                              PLAINTIFF`S ATTORNEY

EDWARDS TIMOTHY BERNARD                       MERRELL WALTER M III
290 HILLCREST DRIVE                           1 NORTH COURT SQUARE
                                              COVINGTON CO. COURTHOUSE
ANDALUSIA     ,AL  36420-0000                 ANDALUSIA     ,AL  36420-0000

---

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

---

( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
      4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
      YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
      COMPLAINT IN THIS ACTION UPON DEFENDANT.

( )   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
      WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
      OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 05/19/2006                          CLERK: ROGER A POWELL
                                                 1K NORTH COURT SQUARE
                                                 ANDALUSIA AL 36420
                                                 (334)428-2520

---

RETURN ON SERVICE:

( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
      (RETURN RECEIPT HERETO ATTACHED)

( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
      COMPLAINT TO _EDWARDS TIMOTHY BERNARD_
      IN _COVINGTON_ COUNTY, ALABAMA ON (DATE) _5-23-06_

_5-24-06_                                 _[signature]_
DATE                                      SERVER SIGNATURE

                                          _DEPUTY US_
SERVER ADDRESS                            TYPE OF PROCESS SERVER

---

OPERATOR: LEG
PREPARED: 05/19/2006

RECEIVED
MAY 22 2006
COVINGTON CO.
SHERIFF'S DEPT.

SUMMONS

CV 2006 000071.00
M. ASHLEY MCKATHAN

IN THE CIRCUIT COURT OF COVINGTON COUNTY

STATE OF ALABAMA VS $1,414.00 IN U.S. CURRENCY ET AL

SERVE ON: (D006)

SSN: 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

EDWARDS TYREASE A
290 HILLCREST DRIVE

ANDALUSIA    ,AL  36420-0000

PLAINTIFF'S ATTORNEY

MERRELL WALTER M III
1 NORTH COURT SQUARE
COVINGTON CO. COURTHOUSE
ANDALUSIA    ,AL  36420-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 05/19/2006

CLERK: ROGER A POWELL
1K NORTH COURT SQUARE
ANDALUSIA  AL  36420
(334)428-2520

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO  EDWARDS TYREASE A.
    IN  COVINGTON  COUNTY, ALABAMA ON (DATE)  5-23-06

DATE  5-24-06
SERVER SIGNATURE  [signature]
TYPE OF PROCESS SERVER  DEPUTY

SERVER ADDRESS

OPERATOR: LEG
PREPARED: 05/19/2006

EXECUTED THE WITHIN _____
BY SERVING A COPY TO _____
IN _____ THIS _____ DAY OF _____ 20__
SHERIFF _____
DEPUTY SHERIFF _____

RECEIVED
MAY 22 2006
COVINGTON CO.
SHERIFF'S DEPT.

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA, )
)
    PLAINTIFF, )
)
VS. ) CV-06-71
)
$1,414.00 in U.S. CURRENCY and ONE RG )
Model RG14 .22 caliber pistol, serial number )
227910 and ONE Hi Point 9 mm pistol serial )
number P1208362 and TIMOTHY BERNARD )
EDWARDS, an individual, and ROMONA )
WOMACK, an individual, and TYREASE A. )
EDWARDS, an individual, and Fictitious )
Defendants A,B,C,D, and E, whether singular or )
plural, those other persons, corporations, firms, )
or other entities who were involved in the wrongful )
conduct alleged in this case, all of whose true and )
correct names are unknown to the Plaintiff at this )
time but will be substituted by Amendment when )
ascertained, )
)
    DEFENDANTS. )

## PETITION

    Comes now the State of Alabama, by and through its Assistant District Attorney, and hereby complains for forfeiture and condemnation of the following described personal property and U.S. Currency, to wit: $1,414.00 in U.S. CURRENCY and $1,414.00 in U.S. CURRENCY and (1) RG Model RG14 .22 caliber pistol, serial number 227910 and (1) Hi Point 9 mm pistol serial number P1208362 and in support of said Complaint, the State says as follows:

### Count I

    1. On or about March 22, 2006, Agents with the 22nd Judicial Circuit Drug Task Force executed a search warrant at Lot #23 Lunsford Trailer Park in Opp, Alabama. Said residence was a rental unit, leased to Romona Womack. When officers executed the search warrant they found Timothy Edwards, Romona Womack, Tyrease Edwards, and one other individual[1] present inside the trailer. Upon execution of the warrant, the officers recovered numerous cocaine, crack cocaine, marijuana, digital scales, items used to manufacture crack cocaine, plastic bags, various other items of drug paraphernalia associated with the distribution thereof. Digital scales are often

---

[1] The State has no reason to believe the "other individual" has any possessory interest in any of the above complained property.

FILED IN OFFICE
APR 0 7 2006
[signature] CLERK

used to determine measurements of weight of controlled substances during the packaging for sale process. Also recovered during the course of the search was One Thousand Four Hundred and Fourteen Dollars ($1,414.00) in U.S. Currency, recovered from Timothy Edwards' person, one (1) RG Model RG14 .22 caliber pistol, serial number 227910 and one (1) Hi Point 9 mm pistol serial number P1208362.

2. The weight of the crack cocaine and cocaine recovered from within the trailer was in excess of Trafficking weight.

3. All of the occupants of the trailer were charged with Trafficking in Cocaine, Unlawful Possession of Marijuana I and Unlawful Possession of Drug Paraphernalia.

4. The State contends that the above-described currency is subject to forfeiture pursuant to Ala. Code §20-2-93(a)(4) (1999) which authorizes the forfeiture of:

All monies, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance in violation of any law of this State; all proceeds traceable to such an exchange; and all monies, negotiable instruments, securities used or intended to be used to facilitate any violation of any law of this State concerning controlled substances.

5. The State contends that the above-described pistols are subject to forfeiture pursuant to Ala. Code §20-2-93(a)(2) (1999) which authorizes the forfeiture of:

All raw materials, products and equipment of any kind which are used or intended for use in ... delivering ... any controlled substance in violation of any law of this state.

6. In the alternative, the State contends that the above-described pistols are subject to forfeiture pursuant to Ala. Code §20-2-93(a)(9) (1999) which authorizes the forfeiture of:

All property of any type whatsoever constituting, or derived from, any proceeds obtained directly, or indirectly, from any violation of any law of this state concerning controlled substances.

7. Based on the circumstances of the search and the evidence discovered as a result of the search, it is the State's contention that these monies are proceeds from the sale of controlled substances and/or monies intended to be furnished in exchange for controlled substances and that the guns were in connection with the distribution of the controlled substance and/or that the gun is "property ... derived from ... proceeds obtained from... a violation of any law of this state concerning controlled substances."

FILED IN OFFICE

APR 0 7 2006

*[signature]*
CLERK

WHEREFORE, for the above and foregoing reasons, the State hereby moves this Honorable Court to condemn the above described U.S. Currency and guns, and order the said guns and currency to be forfeited to and for the use of the Covington County Sheriff's Department by and for the 22nd Judicial Circuit Drug Task Force. The State further requests that the filing fee for this Petition be taxed against the aforementioned currency and for further and other relief that the Court may deem appropriate.

Respectfully submitted this the 6 day of April, 2006.

Walt M. Merrell, III (MER021)
Assistant District Attorney
22nd Judicial Circuit
State of Alabama
100 North Court Square
Andalusia, Alabama 36420
(334) 222-2513


The State respectfully requests that the Clerk of the Court serve the Defendant, pursuant to the Rules of Civil procedure, at the following address:

Mr. Timothy Edwards
290 Hillcrest Drive
Andalusia, Alabama 36420

Ms. Romona Womack
290 Hillcrest Drive
Andalusia, Alabama 36420

Mr. Tyrease Edwards
290 Hillcrest Drive
Andalusia, Alabama 36420

FILED IN OFFICE

APR 0 7 2006

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CV-06-71 |
| ) | |
| $1,414.00 in U.S. CURRENCY and ONE RG ) | |
| Model RG14 .22 caliber pistol, serial number ) | |
| 227910 and ONE Hi Point 9 mm pistol serial ) | |
| number P1208362 and TIMOTHY BERNARD ) | |
| EDWARDS, an individual, and ROMONA ) | |
| WOMACK, an individual, and TYREASE A. ) | |
| EDWARDS, an individual, and Fictitious ) | |
| Defendants A,B,C,D, and E, whether singular or ) | |
| plural, those other persons, corporations, firms, ) | |
| or other entities who were involved in the wrongful ) | |
| conduct alleged in this case, all of whose true and ) | |
| correct names are unknown to the Plaintiff at this ) | FILED IN OFFICE |
| time but will be substituted by Amendment when ) | |
| ascertained, ) | MAY 18 2006 |
| ) | |
| DEFENDANTS. ) | Roy A Powell CLERK |

### ORDER FOR NOTICE OF CLAIMANT

In this cause the State of Alabama, by and through its Assistant District Attorney for the 22nd Judicial Circuit of Alabama, Walt M. Merrell, III, prosecutor for the State, having filed a Petition for forfeiture in said Court against certain property to wit: $1,414.00 in U.S. currency and one (1) RG Model RG14 .22 caliber pistol, serial number 227910 and (1) Hi Point 9 mm pistol serial number P1208362, that was seized from Timothy Edwards and/or Tyrease Edwards and/or Romona Womack, alleging that said guns were being used or intended for use to deliver or in any manner facilitate the delivery, sale, receipt, or possession of illegal narcotics and/or controlled substances, and further alleging that said currency was derived from the proceeds of the sale of illegal narcotics and/or controlled substances, by reason of which facts said property

under the law in such case provided, is contraband and forfeited to the State of Alabama, and in said bill complainant prays for proper process to determine the rights of the State.

It is therefore, ORDERED by the Court that the Clerk of this Court be and he is hereby directed to give notice by advertisement in two issues of a weekly newspaper of general circulation in Covington County, Alabama, to all persons who may claim any right, title, or interest in said property, to come in and appear in this Court on or before the 31st day of July, 2006, at 10:00 o'clock A.M., and propound their claim to said property, and show cause, if there be any, why the same should not be condemned as contraband, and forfeited to the State, subject to further orders of this Court.

It is further ORDERED by the Court that the Clerk of this Court serve a copy of this Order for Notice of Claimants on the following individuals:

Mr. Timothy Edwards
290 Hillcrest Drive
Andalusia, Alabama 36420

Ms. Romona Womack
290 Hillcrest Drive
Andalusia, Alabama 36420

Mr. Tyrease Edwards
290 Hillcrest Drive
Andalusia, Alabama 36420

FILED IN OFFICE

MAY 18 2006

*[signature]*
CLERK

Done this the 18th day of May, 2006.

_____
CIRCUIT JUDGE

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA
CASE NO. CV-2006- 71
STATE OF ALABAMA
vs.
$1,414.00 in U.S. CURRENCY, CERTAIN FIREARMS, TIMOTHY BERNARD EDWARDS, ROMONA WOMACK & TYREASE A. EDWARDS

NOTICE TO CLAIMANTS

TO WHOM IT MAY CONCERN:

Take Notice that a Petition has been filed on behalf of the State of Alabama by Walt M. Merrell, III, Chief Assistant District Attorney for the 22nd Judicial Circuit of Alabama, seeking to condemn the following described property, to wit: $1,414.00 in U.S. Currency and one (1) RG Model RG14 .22 caliber pistol, serial number 227910 and one (1) Hi Point 9 mm pistol serial number P1208362, and all parties claiming any right, title or interest in said ~~vehicle sought~~ property sought and/or currency sought to be condemned are hereby notified to appear on or before the 31st day of July, 2006, at 10:00 o'clock a.m., in this Court to come in and propound their claims, or failing to do so, the property will be declared contraband and forfeited to the State of Alabama.

Witness this 18th day of May, 2006.

Roger A. Powell
Roger Powell, Circuit Clerk

FILED IN OFFICE
MAY 18 2006
Roger A. Powell
CLERK

To the ~~ANDALUSIA STAR NEWS~~ PUBLISHER OF THE OPP NEWS:

Please publish for two consecutive weeks beginning Thursday, June 1, 2006 and then again on Thursday, June 8, 2006.

ENDORSEMENT TO BE MADE ON ORDER AS TO EXECUTION:

I, Roger Powell, Clerk of the Circuit Court of Covington County, Alabama, hereby certify that I have executed the within Order of Publication by having the same published in the Opp News, a newspaper published in said County and State, for two consecutive weeks as follows: June 1, 2006 and then again on June 8, 2006, and also by posting a copy of said Order of Publication at the Courthouse of said County at Andalusia, Alabama, immediately after the issuance of the same on the 18th day of May, 2006.

Witness this the 18th day of May, 2006.

Roger A. Powell
Roger Powell, Circuit Clerk