IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY BERNARD EDWARD, <br> PLAINTIFF, <br> V. <br> ANTHONY CLARK AND <br> BRETT HOLMES, <br> DEFENDANTS. | CIVIL ACTION NO: 2:06-CV-298-MHT |

## MOTION FOR EXTENSION OF TIME

COMES NOW THE PLAINTIFF TIMOTHY BERNARD EDWARD, PRO, SE, MOVES THE HONORABLE COURT FOR EXTENSION OF TIME, AND AS THEREFORE STATES THE FOLLOWING GROUNDS:

1. THE PLAINTIFF HAS JUST NOW ON THE 8-4-06 GOT THE ORDER FROM THIS HONORABLE COURT TO RESPONSE TO DEFENDANTS SPECIAL REPORT.

2. THE JAIL STAFF HAS BEEN WITHHELD PLAINTIFF MAIL AND FOR GOOD CAUSE HE IS REQUESTING A 20 DAYS EXTENSION OF TIME TO RESPONSE TO DEFENDANTS SPECIAL REPORT.

RESPECTFULLY SUBMITTED THIS THE 7 DAY OF AUG 2006.

Timothy B. Edwards
SIGNATURE OF PLAINTIFF

Certificate of Service

I certify that a true copy of the foregoing pleading motion has been served upon Defendants Attorneys to this proceeding by mailing the same by United States First Class Mail Personal Service on the 7 day of Aug 2006.

_____
Signature of Plaintiff

Defendants Attorneys:
Cobb, Shealy, Crum and Derrick, P.A
206 North Lena St
P.O. Box 6346
Dothan, AL 36302-6346

Webb and Eley, P.C
P.O. Box 240909
Montgomery, AL 36124