IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMOTHY BERNARD EDWARD | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-298-MHT |
| ANTHONY CLARK, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 21) is GRANTED; and

2. Plaintiff is GRANTED an extension from August 9, 2006 to August 24, 2006 to file his opposition to Defendants' written report.

Done, this 17th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE