IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TIMOTHY BERNARD EDWARD          *

    Plaintiff,                                    *

        v.                                        *                    2:06-CV-298-MHT

ANTHONY CLARK, *et al.*,                  *

    Defendants.                                *

_____

## ORDER

Plaintiff filed this 42 U.S.C. § 1983 action on April 4, 2006. On April 12, 2006 the court entered an order of procedure which informed Plaintiff, among other things, that if moved to a different institution or was released, he must immediately inform the court and Defendants of his new address. The court recently learned that Plaintiff is no longer at the most recent address he provided to the court. This case cannot proceed if Plaintiff's whereabouts remain unknown to this court.

Accordingly, it is ORDERED that:

1. On or before September 7, 2006 Plaintiff shall SHOW CAUSE why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action;

2. The Clerk shall SEND of a copy of this order to Plaintiff at his last known mailing address.

Plaintiff is specifically cautioned that if he fails to respond to this order the Magistrate

Judge will recommend that this case be dismissed.

DONE, this 31st day of August, 2006.


/s/ Susan Russ Walker                          
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE