Dear: Debra P. Hackett

RECEIVED
2006 AUG 31 A 9:32

The purpose of this letter is to show a change of address again. I sent a letter to show a change of address on Aug 11th, 06 when I was shipped from the Covington County Jail to Kilby prison. But before I got a response I was shipped here: 3800 Fountain Atmore Al, 36503

Here is a copy of a Motion for Extension of time I sent from the County Jail on Aug. 7, 06, But before I got the courts response I was shipped, and I know they probably returned it back to you, so I wrote for a change of address and I got shipped again. I know my time has expired but I been trying to keep the courts up on my whereabouts but they been trying to make it hard for me. So I'm asking the Honorable Court a chance to finish preparing my special report? Thanks for your time, Have a blessed Day.