In The United States District Court
For The Middle District of Alabama
Northern Division

Timothy Bernard Edward,        )
        Plaintiff,              )
                               )
V.                             )     Civil Action No. 2:06-CV-
Anthony Clark And              )              298-MHT
Brett Holmes,                  )
        Defendants.            )

Motion For Extension of Time

Comes Now The Plaintiff Timothy Bernard Edward,
Pro,Se, Moves The Honorable Court For Extension
Of Time, And As Therefore States The Following
grounds:

1. The Plaintiff Has Just Now on The 8-4-06 got The
order From This Honorable Court to Response To
Defendants Special Report.

2. The Jail staff Has Been Withheld Plaintiff Mail
And For good Cause He is Requesting A 20 days
Extension of Time to Response To Defendants
Special Report.

Respectfully Submitted This The 21 day of Aug
2006

                              Timely B Edwards
                              Signature of Plaintiff

Certificate of Service

I certify that a true copy of the foregoing pleading motion has been served upon defendants attorneys to this proceeding by mailing the same by United States First Class Mail Personal service on the 7 day of Aug 2006.

_Jessie B Edwards_
Signature of Plaintiff

Defendants Attorneys:
Cobb, Shealy, Crum and Derrick, P.A.
206 North Lena St
P.o. Box 6346
Dothan, AL 36302-6346

Webb and Eley, P.C
P.o. Box 240909
Montgomery, AL 36124