IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| TIMOTHY BERNARD EDWARD | * |
| Plaintiff, | * |
| v. | *   2:06-CV-298-MHT |
| ANTHONY CLARK, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's August 31, 2006 pleading, which the court construes to contain a motion for additional time to file an opposition to Defendants' written reports, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 24) is GRANTED; and

2. Plaintiff is GRANTED an extension from August 24, 2006 to September 20, 2006 to file his response to Defendants' written reports.

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE