Dear Magistrate Judge:

RECEIVED
2006 OCT 16 A 9:36

I plead for the courts deepest sympathy to my situation. I meant no disrespect to the courts by not responding by the deadlines granted by the courts. My situation is: When I first filed my claims I was in County Jail (Covington); the man who helped me file was incarcerated too. We got subpoenaed to the Federal Court for a incident that happened in the County Jail years ago. When we got back they shipped us both to Kilby, then in a week we got seperated. I trully don't know how to respond to those special reports so he was almost though with it, so I left it with him. I have to communciate with him though my wife. So when I got the courts order to respond to the special report by Sept. 20th, I had to send it home for her to send it to him. He replied back that he needed some stamps to mail it off. My wife just got the chance to send them off to him. I beg the courts for sympathy and not dismiss my claims. I also know all this is personal problems and the courts isn't responsible for none of this, so I'm asking the court to give me a chance to get all my information from him and try to get me

someone here to help me meet my deadlines.
My lawyer I had on my case had withdrawn
from my case, he was going to help me with
my claims but he withdrawn about 2 weeks
ago. Like I said I know all this is personel
problems but all I can do is ask for the courts
sympathy to my situation because I trully
don't know how to respond to those special
reports on my own. But if you see mercy
to give me time I'll get it together with the
resources I have. I gave my wife the number
to the clerk and hopefully she explained this what
I'm trying to write. I hope by time this letter
reaches you, my special report has got there!
I sent the man at Kilby the letter of dismal
and he probaby respond to, but I'm here once
again giving the courts all respect and honor
and asking what you will have me to do???°°°

Thanks for your time and patients,

                    Sincerly,
                    Timothy Edwards