IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMOTHY BERNARD EDWARD | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-298-MHT |
| ANTHONY CLARK, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's October 16, 2006 motion for additional time to file an opposition to Defendants' written reports, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 27) is GRANTED; and

2. Plaintiff is GRANTED an extension from September 20, 2006 to November 3, 2006 file his response to Defendants' written reports.

Absent exceptional circumstances, the court will not entertain any further requests for additional time in which to respond to Defendants' written reports.

DONE, this 24th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE