IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TIMOTHY BERNARD EDWARD          *

     Plaintiff,                             *

         v.                                  *          2:06-CV-298-MHT

ANTHONY CLARK, *et al.*,               *

     Defendants.                          *

_____

**ORDER**

Upon consideration of Plaintiff's October 16, 2006 objections, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered October 3, 2006 (Doc. No. 26) be and is hereby VACATED.

DONE, this 24th day of October, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE