IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY BERNARD EDWARDS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:06-cv-298-MHT |
| ANTHONY CLARK, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

James H. Pike gives notice of his appearance as counsel for defendant Brett Holmes.

/s/ James H. Pike
James H. Pike  (PIK003)
Attorney for Defendant Brett Holmes

OF COUNSEL:

COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

2

**CERTIFICATE OF SERVICE**

    I, James H. Pike, certify that on December 27, 2006, I mailed a copy of this document, postage prepaid and properly addressed, to:

Timothy Bernard Edwards
AIS 232476
3800 Fountain
Atmore, Alabama  36503

    I, James H. Pike, further certify that on December 27, 2006, I electronically served a copy of this document upon:

Scott Wayne Gosnell
WEBB & ELEY, P.C.
P.O. Box 240909
Montgomery, Alabama  36124-0909


                                              **/s/ James H. Pike**
                                              James H. Pike