**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TIMOTHY BERNARD EDWARDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-298-MHT |
| ) | |
| **ANTHONY CLARK, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW R. Todd Derrick, counsel for Defendant, Brett Holmes, in the above-styled cause, and requests this Honorable Court withdraw him as counsel.

James H. Pike and Steadman Shealy, Jr. have filed an Entry of Appearance on behalf of the Defendant, Brett Holmes.

WHEREFORE, the undersigned respectfully requests this Honorable Court to allow him to withdraw as counsel for Defendant, Brett Holmes.

This the 9th day of January, 2007

/s/ R. Todd Derrick
R. Todd Derrick (DER006)
Attorney for the Defendants

OF COUNSEL:

COBB, DERRICK, BOYD & WHITE
Post Office Box 2047
206 N. Lena Street
Dothan, Alabama 36302-6346
Telephone (334) 677-1000

**CERTIFICATE OF SERVICE**

I, Todd Derrick, certify that on January 9th, 2007, I mailed a copy of this document, postage prepaid and properly addressed, to:

Timothy Bernard Edwards
AIS 232476
3800 Fountain
Atmore, Alabama  36503

I, Todd Derrick, further certify that on January 9th, 2007, I electronically served a copy of this document upon:

Scott Wayne Gosnell
WEBB & ELEY, P.C.
P.O. Box 240909
Montgomery, Alabama  36124-0909

/s/ R. Todd Derrick
R. Todd Derrick