IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMOTHY BERNARD EDWARD | * | |
|     Plaintiff, | * | |
|     v. | * | 2:06-CV-298-MHT |
| ANTHONY CLARK, *et al.*, | * | |
|     Defendants. | * | |

_____

**ORDER ON MOTION**

Counsel for Defendant Holmes has filed a Motion to Withdraw. (Doc. No. 31.) Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for the above-noted defendant on December 27, 2006 (Doc. No. 30), it is

ORDERED that the Motion to Withdraw (Doc. No. 31) be and is hereby GRANTED.

Done, this 10th day of January 2007.

                                            /s/Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            UNITED STATES MAGISTRATE JUDGE