IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY BERNARD EDWARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY CLARK, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06cv298-MHT<br>(WO) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 11, 2007 (doc. no. 33), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice.

Done this the 30th day of January, 2007.

　　　　　　　　　　　　　　　　 /s/  Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE