

MOBILE AL 365
29 JAN 2007 PM 2 L

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
C/O HON. DEBRA P. HACKETT, CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

Mr. Timothy Benard Edward
AIS# 232476    UNIT# 4/35
G. K. FOUNTAIN CORR. CEN.
FOUNTAIN 3800
ATMORE, ALABAMA 36503

LEGAL  36101+0007